**368**

Clara Dipple HYLAND and William L. Hyland, Appellants, v. EQUITABLE LIFE INSURANCE COMPANY OF IOWA, Helen H. Franck and Daisette McKenzie.

No. 14712.

United States Court of Appeals
Eighth Circuit.

Dec. 9, 1952.

John Paul Jones, Des Moines, Iowa and William H. Fulton, Des Moines, Iowa, for appellants.

Clarence I. Spencer, Howard L. Bump, Charles M. Bump, James Lawyer, Phineas M. Henry, Des Moines, Iowa, J. A. Boyer, Boston, Mass. and Luther L. Hill, Jr., Des Moines, Iowa, for appellees.

PER CURIAM.

Appeal from District Court dismissed at appellants' costs, on dismissal of appeal by appellants and stipulation of parties.

Alfred J. LOEW, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 125, Docket 22464.

United States Court of Appeals
Second Circuit.

Argued Jan. 14, 1953.

Decided Jan. 29, 1953.

Alfred J. Loew, pro se, Jerome Weinstein, New York City, for petitioner.

Charles S. Lyon, Asst. Atty. Gen., Ellis N. Slack and George F. Lynch, Sp. Assts. to Atty. Gen., for respondent Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the authority of Englar's Estate v. Commissioner, 2 Cir., 166 F.2d 540; Smart v. Commissioner, 2 Cir., 152 F.2d 333, certiorari denied 327 U.S. 804, 66 S.Ct. 962, 90 L.Ed. 1028; Civiletti v. Commissioner, 2 Cir., 152 F.2d 332, certiorari denied 327 U.S. 804, 66 S.Ct. 963, 90 L.Ed. 1029.